# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANAE MARCEL

VERSUS

CATHERINE MELANCON, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND USAA
GENERAL INDEMNITY COMPANY

NO.  2020 CW 0970

DECEMBER 30, 2020

---

In Re:    Danae Marcel, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          180873.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**

                          **JMG**
                          **PMc**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT